M. P. No. 75-176. RHODE ISLAND STATE POLICE *v.* FRANK J. KOWAL. Treating the supplement to defendant's objection to petition for writ of certiorari as a motion for reconsideration, motion is denied. *Julius C. Michaelson,* Attorney General, *Donald J. Nasif,* Special Asst. Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for petitioner-plaintiff. *John Tramonti, Jr.,* for respondent-defendant.

M. P. No. 75-177. NEW ENGLAND NEWSPAPERS, INC., *d.b.a.* PAWTUCKET TIMES *v.* JOHN D. DESTEFANO. Petition for certiorari denied. *Leroy V. Marcotte,* for petitioner. *William T. Murphy,* for respondent.

APPEAL No. 74-267. ARTHUR NOVOGROSKI *v.* WALTER O'BRIEN. Motion of the defendant to dismiss appeal is granted unless plaintiff files his brief by July 22, 1975. *Charles J. McGovern,* for plaintiff. *Dominick A. St. Angelo,* for defendant.

APPEAL No. 75-117. ARAM K. BERBERIAN *et al. v.* NEW ENGLAND TELEPHONE AND TELEGRAPH COMPANY. Motion of appellant to enlarge time to September 22, 1975 in which to file his brief is granted. *Samuel A. Olevson,* for plaintiffs. *Victor J. Orsinger, II, DeWitte T. Kersh, Jr. of Tillinghast, Collins & Graham,* for defendant.

APPEAL No. 75-155. EDWARD R. CONWAY, *p.a.* EDWARD R. CONWAY, JR. *v.* CARL G. EKDAHL, JR. *et al.* Motion of defendants to dismiss appeal is denied without prejudice. The plaintiffs' motion to permit the record below to be transmitted and filed after the expiration of the time allowed or fixed is granted. *Brian J. Sarault, Charles J. Rogers,* for plaintiffs. *Michael T. F. Wallor,* for defendants.

APPEAL No. 75-188. SANDRA A. SHIDELL *v.* CHARLES F. SHIDELL. Motion to stay the order of the Family Court concerning the hearing of March 25, 1975 is denied. *Orlando A. Andreoni,* for petitioner-appellee. *Frank R. Mazzeo,* for respondent-appellant.